**NOW FOODS CORPORATION,**
**Petitioner, Appellant,**

v.

**MADISON EQUIPMENT CO.,**
**INC., Respondent.**

No. C2–85–2044.

Supreme Court of Minnesota.

Nov. 17, 1986.

Rehearing Denied Dec. 22, 1986.

Prior report: Minn.App., 386 N.W.2d 363.

ORDER

WHEREAS, by order of this court dated July 16, 1986, the petition of Now Foods Corporation for further review of a decision of the court of appeals was granted; and

WHEREAS, this court is of the opinion that the petition was improvidently granted;

IT IS HEREBY ORDERED that the order of July 16, 1986, is vacated and the petition is denied.